UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BRENT HILL,        ) | |
|     Plaintiff,        ) | |
| v.        ) | CIVIL NO. 3:08-0076 |
|         ) | SENIOR JUDGE NIXON |
| MICHAEL J. ASTRUE,        ) | MAGISTRATE JUDGE BRYANT |
| Commissioner of Social Security,        ) | |
|     Defendant.        ) | |

## MOTION EXCEPTING ELECTRONIC CASE FILING OF THE ADMINISTRATIVE RECORD

The Defendant hereby moves the Court, pursuant to ¶ 5.09, Administrative Practices & Procedures for Electronic Case Filing (April 18, 2005), to allow the paper filing of the administrative record. The Defendant would show that the administrative record contains sensitive documents, such as medical and identification information, and that filing by electronic means (ECF) may compromise the security of Plaintiff's personal information. Wherefore, Defendant requests that this motion be granted excepting the filing of the administrative record by ECF means and permit filing by hand delivery to the Court Clerk.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

ORDER
Motion GRANTED.

BY: s/ Michael L. Roden
MICHAEL L. RODEN
Assistant United States Attorney
B.P.R. 010595
110 Ninth Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151
michael.roden@usdoj.gov

*s/ John Bryant*
U.S. Magistrate Judge